DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**PETER WOODARD**

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00315-JAM-5 |
| Plaintiff, | STIPULATION AND ORDER SETTING INITIAL APPEARANCE |
| vs. | Date: January 24, 2013 |
| PETER WOODARD, | Time: 2:00 p.m. |
| Defendant. | Court: 27 |
| | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, by and through its counsel, TODD LERAS, and defendant, PETER WOODARD, by and through his counsel, DAN F. KOUKOL, as follows:

(1) Mr. Woodard's initial appearance may be scheduled for Thursday, January 24, 2013, in Courtroom 27 at 2:00 p.m.; and,

//
//
//
//
//

-1-

(2) Mr. Woodard agrees to be present at his January 24, 2013 initial appearance before this court.

DATED: JANUARY 18, 2013          Respectfully submitted,

/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Peter Woodard

DATED: JANUARY 18, 2013          Respectfully submitted,

/s/ DAN KOUKOL FOR TODD LERAS
_____
Todd Leras
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that Mr. Woodard's initial appearance on the complaint filed September 6, 2012 is **SET** for Thursday, January 24, 2013, at 2:00 p.m., in Courtroom 27.

DATED: January 22, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Woodard0315.stipord.arraign.doc