UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 25, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                    Plaintiff,                 )<br> v.                                                      )<br>                                                              )<br> PETER WOODARD,                         )<br>                                                              )<br>                    Defendant.             ) | Case No. 2:12-CR-00315-JAM-5<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release PETER WOODARD, Case No. 2:12-CR-00315-JAM-5, Charge Title 18 USC §§ 1341, 1343, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

✔  Bail Posted in the Sum of $ 200,000 (co-signed)

   ✔  Unsecured Appearance Bond *to be replaced by secured bond w/i 3 weeks.*

   ___  Appearance Bond with 10% Deposit

   ___  Appearance Bond with Surety

   ___  Corporate Surety Bail Bond

   ✔  (Other)     with pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 25, 2013 at 4:13 pm.

By _____
Dale A. Drozd
United States Magistrate Judge