```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
PAUL HEMESATH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-12-315 JAM |
| Plaintiff, | |
| | STIPULATION AND PROTECTIVE ORDER REGARDING DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFICATION INFORMATION |
| v. | |
| PETER WOODARD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Todd D. Leras and Paul Hemesath, Assistant United States Attorneys, on behalf of the government, and Attorney Daniel F. Koukol on behalf of defendant Peter Woodard, that the documents to be provided as discovery in this case are subject to a Protective Order.

Defendant is charged with various mail and wire fraud offenses related to an alleged scheme to acquire real property on behalf of numerous investors.  The parties agree that discovery in the case necessarily contains Protected Information.  The phrase "Protected Information" as used in this stipulation and

1

1  order includes investor Social Security Numbers, Driver's License
2  Numbers, dates of birth, addresses, telephone numbers, e-mail
3  addresses, and any other personal or financial identifying
4  information.  This Protective Order extends to all documents
5  provided by the government to defense counsel in this case,
6  including those items related to conduct not charged in the
7  Indictment.
8      By signing this Stipulation and Protective Order, defense
9  counsel agrees not to share any documents containing Protected
10 Information in unredacted form with any person other than primary
11 counsel, assisting counsel, designated defense investigators, and
12 support staff.  Defense counsel may allow the client to view
13 unredacted documents in the presence of his attorney, an
14 investigator, and/or appropriate support staff.
15     The parties further agree that defense counsel, an
16 investigator, and support staff shall not permit defendant to
17 copy, either in writing or by other means, Protected Information
18 contained in the discovery.  Defense counsel, an investigator and
19 support staff may provide the client with copies of documents
20 from which all Protected Information has been redacted.
21     In the event that defendant substitutes counsel, the
22 undersigned attorney agrees to withhold documents containing
23 Protected Information from new counsel until such time as
24 substituted counsel agrees to be bound by this Protective Order.
25     This stipulation and protective order has been provided to
26 defense counsel for review.  Following review of its contents,
27 Assistant U.S. Attorney Todd Leras has been authorized via e-mail
28

to sign this stipulation on behalf of Attorney Daniel F. Koukol.

DATED: February 4, 2013          By:   /s/ Todd D. Leras
                                 TODD D. LERAS
                                 Assistant U.S. Attorney

DATED: February 4, 2013          By:   /s/ Paul Hemesath
                                 PAUL HEMESATH
                                 Assistant U.S. Attorney

DATED: February 4, 2013          By:   /s/ Todd D. Leras for
                                 DANIEL F. KOUKOL
                                 Attorney for Defendant
                                 PETER WOODARD

FOR GOOD CAUSE SHOWN, pursuant to the stipulation of counsel, Protected Information provided to defense counsel by the government as discovery in Case Number S-12-315 JAM shall:

1. Be shared in unredacted format only among primary counsel, assisting counsel, a designated defense investigator and support staff;

2. Be viewed by a defendant in unredacted format only in the presence of his attorney, an investigator, and/or appropriate support staff; and

3. Be provided to defendant only in a copy from which all Protected Information has been redacted.

No person shall permit defendant to copy, either in writing or by other means, Protected Information contained in the discovery. No person shall provide substitute counsel with documents containing Protected Information until such time as substitute counsel has agreed to be bound by this Protective Order.

IT IS SO ORDERED

Date: 2/5/2013

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE