1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO. 2:12-CR-315 JAM

12                 Plaintiff,          STIPULATION AND PROTECTIVE ORDER
                                       REGARDING DISSEMINATION OF DISCOVERY
13         v.                          DOCUMENTS CONTAINING PERSONAL
                                       IDENTIFICATION INFORMATION
14 PETER WOODARD,

15                 Defendant.

16

17        IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel,

18 Paul Hemesath, Assistant United States Attorney, on behalf of the government, and Attorney Anthony

19 E. Colombo, Jr., on behalf of defendant Peter Woodard, that the documents to be provided as discovery

20 in this case are subject to a Protective Order.

21        Defendant is charged with various wire fraud offenses related to an alleged scheme to acquire

22 real property on behalf of numerous investors.  The parties agree that discovery in the case necessarily

23 contains Protected Information.  The phrase "Protected Information" as used in this stipulation and order

24 includes investor Social Security Numbers, Driver's License Numbers, dates of birth, addresses,

25 telephone numbers, e-mail addresses, and any other personal or financial identifying information.  This

26 Protective Order extends to all documents provided by the government to defense counsel in this case,

27 including those items related to conduct not charged in the Indictment.

28        By signing this Stipulation and Protective Order, defense counsel agrees not to share any

STIPULATION                                1

documents containing Protected Information in unredacted form with any person other than primary counsel, assisting counsel, designated defense investigators, and support staff.  Defense counsel may allow the client to view unredacted documents in the presence of his attorney, an investigator, and/or appropriate support staff.

The parties further agree that defense counsel, an investigator, and support staff shall not permit defendant to copy, either in writing or by other means, Protected Information contained in the discovery. Defense counsel, an investigator and support staff may provide the client with copies of documents from which all Protected Information has been redacted.

In the event that defendant substitutes counsel, the undersigned attorney agrees to withhold documents containing Protected Information from new counsel until such time as substituted counsel agrees to be bound by this Protective Order.

Dated:  February 13, 2014             BENJAMIN B. WAGNER
                                      United States Attorney

                                 By:  /s/ PAUL A. HEMESATH
                                      PAUL A. HEMESATH
                                      Assistant United States Attorney

Dated:  February 13, 2014             /s/ ANTHONY E. COLOMBO, JR.
                                      ANTHONY E. COLOMBO, JR.
                                      Counsel for Defendant

**ORDER**

FOR GOOD CAUSE SHOWN, pursuant to the stipulation of counsel, Protected Information provided to defense counsel by the government as discovery in Case Number 2:12-CR-315 JAM shall:

1. Be shared in unredacted format only among primary counsel, assisting counsel, a designated defense investigator and support staff;

2. Be viewed by a defendant in unredacted format only in the presence of his attorney, an investigator, and/or appropriate support staff; and

3. Be provided to defendant only in a copy from which all Protected Information has been redacted.

No person shall permit defendant to copy, either in writing or by other means, Protected Information contained in the discovery.  No person shall provide substitute counsel with documents containing Protected Information until such time as substitute counsel has agreed to be bound by this Protective Order.

IT IS SO ORDERED.

Dated:   2/14/2014                                        /s/ John A. Mendez
                                                         The Honorable John A. Mendez
                                                         UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] PROTECTIVE ORDER                              1