**ANTHONY E. COLOMBO JR.**
California State Bar No. 218411
The Senator Building
105 West F Street, Third Floor
San Diego, CA 92101
Tel.: (619) 236-1704
Fax: (619) 236-1852
anthonycolombolegal@gmail.com

Attorney for Peter Woodard

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**(THE HONORABLE JOHN A. MENDEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 12-CR-0315-JAM |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE SENTENCING DATES FOR DEFENDANT PETER WOODARD** |
| v. | |
| PETER WOODARD, | |
| Defendant, | Dept:  Courtroom 6, 14th Floor<br>Judge: Hon. John A. Mendez |

COMES NOW, Plaintiff United States, represented by Attorney Paul Hemesath, and Defendant Peter Woodard, represented by Attorney Anthony E. Colombo Jr., who agree as follows:

Counsel have conferred regarding a continuance request, they have agreed to vacate the current date scheduled for the Sentencing and to continue the case to **May 16, 2016 at 9:15 a.m.**, for Judgment and Sentencing.  This is the same date currently scheduled for Mr. Woodard's co-defendant, Michael Llamas.

The parties request this continuance for the purpose of conducting further investigation and information gathering, including the production of financial information relevant to restitution, bearing on a final sentence recommendation.

New dates:

| | |
|---|---|
| April 11, 2017 | Informal Objections to the Presentence Report |
| April 18, 2017 | Final Presentence Report |
| May 02, 2017 | Sentencing Memorandums |
| May 16, 2017 | Judgment and Sentencing Hearing |

So stipulated:

Date: February 3, 2017                         UNITED STATES ATTORNEYS OFFICE

/s/ Paul Hemesath, Esq.
Assistant United States Attorney

Date: February 3, 2017                         ANTHONY E. COLOMBO JR.

/s/ Anthony E. Colombo Jr.
Attorney for Defendant Peter Woodard

The stipulation is accepted and so ORDERED.

Date: 2/6/2017

/s/ John A. Mendez
Hon. John A. Mendez
U. S. District Court Judge