# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## (HONORABLE JOHN A. MENDEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0315-JAM |
| Plaintiff. | ORDER |
| v. | Date: August 22, 2017 |
| | Time: 9:15 a.m. |
| PETER WOODARD, | |
| Defendant. | |

Based on the parties' stipulation, and for good cause shown, the Court continues the date for judgement and sentence as to Defendant Peter Woodard as follows:

| | |
|---|---|
| Sentencing Memorandums to be filed | August 8, 2017 |
| Judgement and Sentencing hearing | August 22, 2017 at 9:15 a.m. |

IT IS SO ORDERED

Dated: 4/28/2017

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE