# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### (HONORABLE JOHN A. MENDEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0315-JAM |
| Plaintiff. | ORDER |
| v. | Date: Sept. 26, 2017 |
| | Time: 9:15 a.m. |
| PETER WOODARD, | |
| Defendant. | |

Based on the parties' stipulation, and for good cause shown, the Court continues the date for judgement and sentence as to Defendant Peter Woodard as follows:

Sentencing Memorandums to be filed    November 22, 2017

Judgement and Sentencing hearing    December 5, 2017 at 9:15 a.m.

IT IS SO ORDERED

Dated: 9/5/2017    /s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

12CR0315-JAM