UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. MENDEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff.<br>v.<br>PETER WOODARD,<br>Defendant. | Case No. 2:12-CR-0315-JAM<br>ORDER<br>Date: December 5, 2017<br>Time: 9:15 a.m. |

Based on the parties' stipulation, and for good cause shown, the Court continues the date for judgement and sentence as to Defendant Peter Woodard as follows:

Sentencing Memorandums to be filed     January 16, 2018

Judgement and Sentencing hearing        January 30, 2018 at 9:15 a.m.

IT IS SO ORDERED

Dated: November 27, 2017              **/s/ JOHN A. MENDEZ**
                                       HON. JOHN A. MENDEZ
                                       U.S. DISTRICT COURT JUDGE