UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**(HONORABLE JOHN A. MENDEZ)**

UNITED STATES OF AMERICA,  ) Case No. 2:12-CR-0315-JAM
    Plaintiff.  ) ORDER
v.  )
PETER WOODARD,  )
    Defendant.  )

    Based on the parties' stipulation, and for good cause shown, the Court continues the date for judgement and sentence as to Defendant Peter Woodard as follows:

Judgement and Sentencing Hearing:    April 3, 2018 at 9:15 a.m.

IT IS SO ORDERED

Dated: 3/8/2018    /s/ John A. Mendez
    HON. JOHN A. MENDEZ
    U.S. DISTRICT COURT JUDGE