1  ANTHONY E. COLOMBO, JR.
   California State Bar No. 218411
2  The Senator Building, 3rd Fl.
   105 West "F" Street
   San Diego, CA 92101
3  (619) 236-1704 / Fax: (619) 236-1852
   E-Mail: anthonycolombolegal@gmail.com
4
   Attorney for Mr. Peter Woodard

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. MENDEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12CR0315-JAM - 5 |
| Plaintiff, | |
| v. | **ORDER TO EXONERATE BOND, AND RELEASE AND RECONVEY PROPERTY** |
| PETER WOODARD, | |
| Defendant. | |

IT IS HEREBY ORDERED that the bond be exonerated and the title in the property located at 2962 Buckingham Place, Cambria, CA 93428 may be reconveyed to Donald J. Woodard and Eleanor A. Woodard.

IT IS FURTHER ORDERED that the real property in San Luis Obispo County located at 2962 Buckingham Place, Cambria, CA 93428, be released and reconveyed to Donald J. Woodard and Eleanor A. Woodard.

**IT IS SO ORDERED.**

Dated: July 2, 2018

HONORABLE JOHN A. MENDEZ
United States District Judge

1